# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARTHA JANE GUICHARD AND
NICHOLAS GUICHARD

NO.   2023 CW 0125

VERSUS

GERARD J. GIANOLI, M.D.,
HOSPITAL SERVICE DISTRICT #1
OF TANGIPAHOA PARISH D/B/A
NORTH OAKS MEDICAL CENTER,

*JUNE 9, 2023*

---

In Re:   Norian Corporation and Depuy Synthes Sales, Inc.,
applying for rehearing, 21st Judicial District Court,
Parish of Tangipahoa, No. 20190000472.

---

BEFORE:   WELCH, PENZATO, LANIER, WOLFE, AND GREENE, JJ.

APPLICATION FOR REHEARING DENIED.

JEW
AHP
WIL
EW
HG

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT